IN THE MATTER OF THE BOARD OF EDUCATION OF THE
TOWNSHIP OF HILLSIDE, UNION COUNTY.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. TROY BOLDEN.

June 8, 1982.

Petition for certification denied.

PATRICIA E. TUTHILL v. PAUL L. GRACE.

June 8, 1982.

Petition for certification denied.

MADELINE VANCE v. RAY A. GIFOLI.

June 8, 1982.

Petition for certification granted.